# IN THE SUPREME COURT OF THE STATE OF NEVADA

LEVERN ALLEN,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62851

**FILED**

JUN 03 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK


## ORDER DISMISSING APPEAL

This is an appeal from a district court order partially denying appellant's post-conviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

We lack jurisdiction to consider this appeal because the order is not a final order resolving all claims raised in the petition. *See Mann v. State*, 118 Nev. 351, 356-57, 46 P.3d 1228, 1231-32 (2002). Therefore, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:   Hon. Michael Villani, District Judge
      Sandra L. Stewart
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk
      Levern Allen

13-16171